AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

FILED
SEP 03 2019
Clerk, U.S. District Court
Texas Eastern

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| MARTIN ARMANDO PALMA-LOYA | ) | 4:19MJ 509 |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 22, 2019__ in the county of __Hopkins__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) and (b) | Reentry of Deported Alien |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Michele O'Brien, Immigration Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 9/3/19

_____
Judge's signature

City and state: Sherman, Texas         Christine A. Nowak, U.S. Magistrate Judge
Printed name and title