# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § CASE NUMBER 4:19MJ509 |
| v. | § § § § § |
| MARTIN ARMANDO PALMA-LOYA | § |

## ORDER

The Defendant's initial appearance was held on September 4, 2019. Pursuant to Federal Rule of Criminal Procedure 5.1, the Court conducted a preliminary hearing on September 4, 2019. Defendant executed a waiver at hearing. Based on the signed waiver, the Court finds that there is probable cause to believe that an offense has been committed and that Defendant, MARTIN ARMANDO PALMA-LOYA , should be held over to answer to the grand jury.

**IT SO ORDERED.**

Signed this 4th day of September, 2019.

CHRISTINE A. NOWAK
UNITED STATES MAGISTRATE JUDGE