IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 4:19CR 234 |
| | § | Judge Mazzant / Nowak |
| MARTIN ARMANDO PALMA-LOYA | § | |
| aka Raul Nanez, Jr. | § | |
| aka Manuel Zuniga | § | |
| aka Jose Martinez | § | |

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SEP 1 1 2019
BY DEPUTY_____

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### COUNT ONE

Violation: 8 U.S.C. § 1326(a) and (b) (Reentry of Deported Alien)

On or about August 22, 2019, in the Eastern District of Texas, the defendant, **Martin Armando Palma-Loya,** an alien who previously had been denied admission, excluded, deported, and removed on or about May 4, 2016, knowingly was found in the United States. The defendant did not obtain consent for reapplication for admission into the United States from the Attorney General of the United States or Secretary of the Department of Homeland Security, the successor, pursuant to 6 U.S.C. §§ 202(3), 202(4) and 557.

All in violation of 8 U.S.C. § 1326(a) and (b).

A TRUE BILL,

_____
FOREMAN OF THE GRAND JURY

JOSEPH D. BROWN
United States Attorney

_____ for
WILLIAM R. TATUM
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § NO. 4:19CR 234 |
| | § Judge Mazzant / Nowak |
| MARTIN ARMANDO PALMA-LOYA | § |
| aka Raul Nanez, Jr. | § |
| aka Manuel Zuniga | § |
| aka Jose Martinez | § |

## NOTICE OF PENALTY

Violation:   8 U.S.C. §1326(a) and (b)

Penalty:   Not more than two years imprisonment, a fine not to exceed $250,000, or both; supervised release of not more than one year;

If removal was subsequent to a conviction for commission of three or more misdemeanors involving drugs, crimes against the person, or both, or a felony other than an aggravated felony - not more than 10 years imprisonment, a fine not to exceed $250,000, or both; supervised release of not more than 3 years;

If removal was subsequent to a conviction for commission of an aggravated felony - not more than 20 years imprisonment, a fine not to exceed $250,000, or both; supervised release of not more than 3 years.

Special Assessment: $100.00