IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:19CR234 |
| | § | Judge Mazzant/Judge Nowak |
| MARTIN ARMANDO PALMA-LOYA | § | |
| aka Raul Nanez, Jr. | § | |
| aka Manuel Zuniga | § | |
| aka Jose Martinez | § | |

## ELEMENTS OF THE OFFENSE

The defendant, MARTIN ARMANDO PALMA-LOYA, aka Raul Nanez, Jr., aka Manuel Zuniga, aka Jose Martinez, is charged in Count One of the indictment with a violation of 8 U.S.C. § 1326(a) and (b), reentry of a deported alien. The United States must prove the following essential elements beyond a reasonable doubt in order to establish a violation of section 1326:

1. That the defendant was an alien at the time alleged in the indictment;

2. That the defendant was denied admission, excluded, deported, or removed from the United States;

3. That thereafter, the defendant was found unlawfully present in the United States; and

4. That the defendant had not received the consent of the Attorney General of the United States, or the successor, Secretary of the Department of Homeland Security, to apply for readmission to the United States since the time of his previous removal, deportation, or exclusion.

Respectfully submitted,
JOSEPH D. BROWN
UNITED STATES ATTORNEY


/s/ William R. Tatum
WILLIAM R. TATUM
Assistant United States Attorney
Texas Bar Reg. No. 24037585
600 E. Taylor Street, Suite 2000
Sherman, Texas 75090
(903) 813-1849
(903) 892-2792 (fax)
William.Tatum@usdoj.gov


## CERTIFICATE OF SERVICE

I certify that I filed a true and correct copy of this document through the district court's Case Management/Electronic Case File ("CM/ECF") system on May 9, 2019. All case participants should have received notice of the filing through the CM/ECF system.

/s/ William R. Tatum
WILLIAM R. TATUM