IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 4:19CR234<br>Judge Mazzant |
| MARTIN PALMA-LOYA | § | |

## FACTUAL BASIS

The defendant, Martin Palma-Loya hereby stipulates and agrees that at all times relevant to the indictment, the following facts were true:

1. I am the same person charged in the indictment, and I am pleading guilty to Count One, reentry of deported alien.

2. The events described in the indictment occurred in the Eastern District of Texas and elsewhere.

3. I am a native and citizen of Mexico.

4. I was previously removed from the United States on or about November 4, 2016.

5. That on or about August 22, 2019, I was found or encountered by immigration authorities in the Eastern District of Texas, and my illegal reentry into the United States was knowing and voluntary.

6. I had not obtained the consent for reapplication for admission into the United States from the Attorney General of the United States or the Secretary of Homeland Security in accordance with 6 U.S.C. §§ 202(3), 202(4) and 557.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

7. I have read or had read to me this factual basis and have discussed it with my attorney.  I

fully understand the contents of it and agree without reservation that it accurately describes the events and my acts.

Dated: 10/24/2019

X M. Aymondo Palma Loya
MARTIN PALMA-LOYA
Defendant

### DEFENDANT'S COUNSEL'S SIGNATURE AND ACKNOWLEDGMENT

8. I have read this factual basis and have reviewed it with the defendant. Based upon my discussions with the defendant, I am satisfied that the defendant understands it.

Dated: 10-24-2019

BRIAN O'SHEA
Attorney for the Defendant

Factual Basis - Page 2